**Robert BAKER, Appellant,**

v.

**LABOR AND INDUSTRIAL RELATIONS COMMISSION of Missouri, et al., Respondents.**

**No. WD 47268.**

Missouri Court of Appeals,
Western District.

June 29, 1993.

Samuel I. McHenry, Kansas City, for appellant.

Sharon A. Willis, Kansas City, Sandy Bowers, Jefferson City, for MO Div. of Employment Sec.

John B. Keller, II, Jefferson City, for Labor and Indus. Relations Com'n of MO.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

## ORDER

PER CURIAM:

Appeal from a denial of unemployment insurance benefits.

Affirmed. Rule 84.16(b).